DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SARAH B. ALLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0424

_____

July 22, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna Padar, Judge.

Sarah B. Allen, pro se.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.